**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JOE BRADING**                                                                                              **PLAINTIFF**

**VS.**                              **CASE NO. 3:05CV00242 JMM**

**GILBERT CENTRAL CORPORATION**                                                 **DEFENDANT**

**ORDER**

Pending before the Court is defendant's motion *in limine* which seeks to exclude any evidence of prior lawsuits or litigation involving defendant, and any evidence of other accidents that might have occurred in the same construction zone where plaintiff's accident occurred. In his response, plaintiff concedes that evidence of prior lawsuits or litigation involving defendant should not be admitted into evidence. However, plaintiff contends that he should be allowed to offer evidence of prior accidents that occurred in the same construction zone as his accident because such evidence is relevant and probative on the issue of notice.

Defendant's motion is granted in part and denied in part (#63). Plaintiff may not present evidence of prior lawsuits or litigation involving defendant. If plaintiff establishes at trial that notice is an issue, plaintiff may present proof of other similar accidents occurring in the same construction zone.

IT IS SO ORDERED THIS  8  day of   April  , 2008.

_____
James M. Moody
United States District Judge