IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE BRADING                                                                                    PLAINTIFF

VS.                              CASE NO.  3:05CV00242 JMM

GILBERT CENTRAL CORPORATION                                        DEFENDANT

## ORDER

Pending before the Court are defendant's Motion to Dismiss for failure to prosecute (#69) and plaintiff's Motion for Voluntary Dismissal (#71).  For the reasons stated below, defendant's motion is denied and plaintiff's motion is granted with conditions.

Defendant's motion seeks dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(b) contending that plaintiff has failed to prosecute his claim because he failed to file a required status report and pre-trial disclosure sheet.  A review of the record reflects that while plaintiff did not file these pleadings, plaintiff has timely filed a trial brief and responded to defendant's motion *in limine*, and that an agreed to a set of jury instructions have been submitted to the Court.

The Court finds that the failure to file a status report and a pre-trial disclosure sheet does not qualify as a basis for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  Defendant's motion is denied.

1

Plaintiff's motion seeks dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant objects for the same reasons stated in its Rule 41(b) motion and adds that plaintiff has no legitimate reason for dismissal without prejudice except that he is not prepared for trial.

After reviewing the record the Court finds that plaintiff's motion should be granted. In granting the motion the Court has considered the factors set out in *Paulucci v. City of Duluth*, 826 F.2d 780, 783 (8th Cir. 1987) and finds persuasive that plaintiff has not exhibited excessive delay or lack of diligence, and that there is no pending motion for summary judgment.

Plaintiff's motion is granted with the condition that if plaintiff commences an action in any court based on the same claims against defendant, he will have to pay, upon defendant's motion, defendant's costs and reasonable attorney fees.

IT IS SO ORDERED THIS   30   day of   April   , 2008.

_____
James M. Moody
United States District Judge